**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:                                                                                     Chapter 13

Joseph M. Bittner                                                         Case No. 16-17633-amc
*aka* Joseph M. Bittner, Sr.,

      Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of MTGLQ Investors, L.P. ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**MARINOSCI LAW GROUP, P.C.**
**Attn: Bankruptcy Department**
**100 West Cypress Creek Road, Suite 1045**
**Fort Lauderdale, FL 33309**

        **MARINOSCI LAW GROUP, P.C.**
        Authorized Agent for Secured Creditor
        100 West Cypress Creek Road, Suite 1045
        Fort Lauderdale, FL 33309
        Phone: (954) 332-9473
        Fax: (954) 772-9601
        Email: fdispigna@mlg-defaultlaw.com

        /s/ Frederic DiSpigna
        _____
        FREDERIC DISPIGNA

BK Case No.: 16-17633-amc

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Request for Notice has been served electronically or via U.S. Mail, first-class postage prepaid, to the parties listed below on November 13, 2017.

Joseph M. Bittner
8011 Fairview Street
Philadelphia, PA 19136

David B. Spitofsky
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
 Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**MARINOSCI LAW GROUP, P.C.**
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 332-9473
Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic DiSpigna
_____
FREDERIC DISPIGNA