United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-17633-amc
Joseph M. Bittner                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 2              Date Rcvd: Aug 21, 2018
                               Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.
```
db          +Joseph M. Bittner,    8011 Fairview Street,    Philadelphia, PA 19136-2201
cr          +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste. 300,    Southfield, MI 48034-8331
cr          +MTGLQ Investors, L.P.,    Marinosci Law Group, P.C.,    c/o Frederic Dispigna, Esq.,
              100 West Cypress Creek Road,    Suite 1045,    Fort Lauderdale, FL 33309-2191
13816403    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13816327     Credit Acceptance Corp.,    P.O. Box 55000,    Dept. 188801,    Detroit, MI 48255-1888
13816324    +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
              Norristown, PA 19401-4807
13816328    +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
              Philadelphia, PA 19106-1538
13816329   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
              Lewisville, TX 75067)
13816330    +Raymour & Flanigan,    1000 Macarthur Boulevard,    Mahwah, NJ 07430-2035
13816331    +Wells Fargo Bank,    P.O. Box 94435,    Albuquerque, NM 87199-4435
13864633     Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA   50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 22 2018 02:04:12     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2018 02:03:56
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2018 02:04:05     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13896065     E-mail/Text: megan.harper@phila.gov Aug 22 2018 02:04:12     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13816326    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 22 2018 02:03:59     Frederic J. Baker, Esquire,
              Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13936644    +E-mail/Text: bkteam@selenefinance.com Aug 22 2018 02:03:43     Selene Finance LP,
              9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13816325*    +Joseph M. Bittner,   8011 Fairview Street,    Philadelphia, PA 19136-2201
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
```
          DAVID B. SPITOFSKY    on behalf of Debtor Joseph M. Bittner spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

```
District/off: 0313-2          User: PaulP                  Page 2 of 2                  Date Rcvd: Aug 21, 2018
                              Form ID: pdf900              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                              TOTAL: 7

Case 16-17633-amc    Doc 45    Filed 08/23/18    Entered 08/24/18 01:02:43    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH M. BITTNER                          Chapter 13

                    Debtor              Bankruptcy No. 16-17633-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___21st___ day of __August__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
JOSEPH M. BITTNER

8011 FAIRVIEW STREET

PHILADELPHIA, PA 19136